PROB 12C
(6/16)

Report Date: March 28, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jesbam Barragan | Case Number: 0980 1:16CR02063-RMP-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 12, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | September 20, 2018 |
| Defense Attorney: | Ben Hernandez | Date Supervision Expires: | September 19, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/10/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Barragan is considered to be in violation of his conditions of supervision by consuming marijuana on February 24, March 6, and March 24, 2019.<br><br>On September 21, 2018, this officer met with Mr. Barragan upon his release from Bureau of Prisons custody. Mr. Barragan reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>On February 26, 2019, Mr. Barragan admitted to having consumed marijuana on or about February 24, 2019. On March 4, 2019, Mr. Barragan submitted to uranalysis (UA) testing at Merit Resource Services (Merit) as part of the intake process for outpatient treatment. The UA results were presumptive positive for marijuana. The specimen was sent to the laboratory for confirmation testing. The results from the laboratory were confirmed positive at an approximate level of 900 nanograms (ng). |

Prob12C
Re: **Barragan, Jesbam**
**March 28, 2019**
Page 2

On March 11, 2019, Mr. Barragan submitted to UA testing at Merit. The results were presumptive positive for marijuana. The specimen was sent to the laboratory for confirmation testing. The specimen was confirmed positive for marijuana with a level of over 2,000 ng. Mr. Barragan admitted to consuming marijuana on March 6, 2019, and that is why the levels of marijuana increased.

On March 26, 2019, during a case staffing at Merit to modify his treatment plan, Mr. Barragan admitted to consuming marijuana on March 24, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/28/2019

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/28/2019

Date