PROB 12C  
(6/16)

Report Date: October 13, 2020

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jesbam Barragan | Case Number: 0980 1:16CR02063-RMP-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 12, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 20, 2018 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: September 19, 2021 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**:  Mr. Barragan is considered to be in violation of his conditions of supervision by failing to follow substance abuse evaluation recommendations since June 8, 2020.<br><br>On September 21, 2018, this officer met with Mr. Barragan upon his release from Bureau of Prisons' custody.  Mr. Barragan reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>On June 8, 2020, Mr. Barragan completed a substance abuse evaluation at Merit Resource Services (Merit).  He was recommended to complete a level 1 outpatient treatment program. |

Prob12C
**Re: Barragan, Jesbam**
**October 13, 2020**
**Page 2**

On September 9, 2020, this officer instructed Mr. Barragan to make arrangements with his employment and commence his treatment program.

On October 8, 2020, Mr. Barragan advised this officer he would not enter the recommended treatment program. He stated he would focus on his employment, and acknowledged his decision would result in noncompliance of his supervised release.

This officer contacted Merit and verified Mr. Barragan has not started his recommended treatment program.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 13, 2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/13/2020

Date