PROB 12C
(6/16)

Report Date: November 24, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jesbam Barragan | Case Number: 0980 1:16CR02063-RMP-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 12, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 20, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 19, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/13/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Barragan is considered to be in violation of his conditions of supervision by consuming a controlled substance, marijuana, on or about November 14, 2020. |
| | On September 21, 2018, this officer met with Mr. Barragan upon his release from Bureau of Prisons' custody. Mr. Barragan reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release. |
| | On November 23, 2020, Mr. Barragan contacted this officer after his revocation hearing and disclosed he consumed marijuana on or about November 14, 2020. Mr. Barragan then reported to the probation office and submitted to urinalysis testing. The specimen provided by Mr. Barragan was presumptive positive for marijuana. The specimen was sent to the laboratory for confirmation testing. Mr. Barragan reviewed and signed a drug use admission form. |

Prob12C
**Re: Barragan, Jesbam**
**November 24, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/24/2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

11/24/2020
Date