PROB 12C
(6/16)

Report Date: April 30, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jesbam Barragan | Case Number: 0980 1:16CR02063-RMP-1 |
| Address of Offender: | Yakima, Washington 98901 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 12, 2017

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 20, 2018 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: September 19, 2021 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

    1                    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

                        **Supporting Evidence**: Mr. Barragan is considered to be in violation of his supervised release conditions by being arrested for fourth degree assault domestic violence on April 23, 2021.

                        On September 21, 2018, this officer met with Mr. Barragan upon his release from Bureau of Prisons custody. Mr. Barragan reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

                        Per the Yakima Police Department report, case number 21Y012271, on April 10, 2021, at approximately 10 a.m., officer Cramer was dispatched to a physical domestic call between an ex-girlfriend and ex-boyfriend at 819 North Second Street in the City of Yakima, Washington, in Yakima County. The reporting victim was identified in the call comments as JC. The call comments stated the reporting victim was hit and the suspect, Jesbam Barragan (09/30/90), left 5 minutes prior in a white Chevy Malibu.

Prob12C
**Re: Barragan, Jesbam**
**April 30, 2021**
**Page 2**

Upon arriving at the house, officer Cramer met with officers Taylor and Hodson. Officer Taylor told him, he and officer Hodson would go check the area for Mr. Barragan. Officer Cramer contacted JC who confirmed the domestic relationship as ex-boyfriend and ex-girlfriend.

JC said while she was at her mother's home at 819 North Second Street, Mr. Barragan drove to the home and parked in the driveway. She said he then opened the passenger door while still sitting in the driver's seat, began to throw JC's belongings out and started yelling "you stupid bitch" toward her. JC told officers she got into the Chevy Malibu with Mr. Barragan to talk and it became an argument because Mr. Barragan thought JC was talking with other guys.

JC said Mr. Barragan grabbed her hair and began to pull it toward him. She then grabbed a set of car keys located in the center console and began to jab at Mr. Barragan. When asked why she did this, she told officers she was "scared for her life." JC said Mr. Barragan hit her with his elbow on the eyes, while trying to get on her. JC said she ran back into her mother's home and called 911.

JC pointed out this was not the first time this had happened. The officer asked if they lived together and she said they used to and had just broke up the day before (April 9, 2021). They had been living at 407 North Eighth Street, apartment 5 in Yakima, since January 2021.

The officer observed on JC what appeared to be two bruised eyes. During his investigation, JC appeared to be calm. He asked her how she felt during the incident. She told the officer that she was very angry and scared. Officer M.Williams then asked her where it hurt. She pointed to her right eye. He then asked her, "On a scale of 1 to 10 with 10 being the most, how much does it hurt." JC replied, it was at a 6.

After the officer's investigation, domestic violence and firearms supplemental reports were filled out. JC also agreed to fill out a sworn statement.

Based on the officer's observation and statements from JC of her hair getting pulled and getting hit her on the eyes with his elbow, there was enough probable cause for Mr. Barragan to be charged with fourth degree assault domestic violence. The officer forwarded charges.

On April 21, 2021, a bench warrant was issued on Yakima Municipal Court for case number 1A0298222.

On April 23, 2021, Mr. Barragan was arrested on the Yakima Municipal Court bench warrant. Mr. Barragan posted bail and was released from custody that same day.

On April 27, 2021, Mr. Barragan appeared in Yakima Municipal Court for an arraignment on charge 1, fourth degree assault domestic violence. A no contact order was entered to protect victim JC. A pretrial hearing was set for June 9, 2021.

Prob12C
**Re: Barragan, Jesbam**
**April 30, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 30, 2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/30/2021
Date