PROB 12C
(6/16)

Report Date: June 23, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 23, 2021**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jesbam Barragan | Case Number: 0980 1:16CR02063-RMP-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 12, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 20, 2018 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: September 19, 2021 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 04/30/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**:  Mr. Barragan is considered to be in violation of his supervised release conditions by being arrested for violation of a no contact order on June 3, 2021, Federal Way Municipal Court case number 1A0505034.<br><br>On September 21, 2018, this officer met with Mr. Barragan upon his release from Bureau of Prisons' custody. Mr. Barragan reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>Per the Federal Way Police Department report number 210006213, on June 3, 2021, at about 12:37 p.m., Federal Way Police Corporal Pon conducted a traffic stop at 32025 Pacific Highway South, Federal Way, Washington.  The stop initiated due to a separate unrelated investigation.<br><br>The driver of the vehicle was identified as Jesbam Barragan via his Washington State identification card.  Mr. Barragan's passenger was identified as Jasmine Cardenas via her Washington State identification card.  Ms. Cardenas told the officer that Mr. Barragan is her |

Prob12C
**Re: Barragan, Jesbam**
**June 23, 2021**
**Page 2**

boyfriend and they had just traveled from Yakima, Washington, to Federal Way, to get Chic-Fil-A. After the unrelated investigation was completed, Mr. Barragan was released.

About an hour later, the officer was informed that Mr. Barragan was the respondent on a confirmed no contact order from the Yakima Police Department. Officers were still with Mr. Barragan and he was taken into custody for violation of a no contact order. A criminal history check of Mr. Barragan showed no prior order violation convictions. Mr. Barragan was booked into the Kent City Jail.

On June 4, 2021, Mr. Barragan was arraigned in case 1A0505034. He was released on personal recognizance. Mr. Barragan is scheduled for a pretrial hearing on June 28, 2021.

3    **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or probation officer.

**Supporting Evidence**: Mr. Barragan is considered to be in violation of his conditions of supervision by failing to obtain permission from his probation officer prior to traveling to the Western District of Washington on June 3, 2021.

On September 21, 2018, this officer met with Mr. Barragan upon his release from Bureau of Prisons' custody. Mr. Barragan reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

As outlined in Violation 2 of this petition, on June 3, 2021, Mr. Barragan was arrested in Federal Way, which is in the Western District of Washington, for allegedly violating a no contact order.

On June 7, 2021, Mr. Barragan contacted this officer and stated he took a trip with his ex-girlfriend to Seattle, Washington, and was arrested for violation of the no contact order imposed by the Yakima Municipal Court.

Mr. Barragan failed to obtain permission to travel out of district.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 23, 2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Barragan, Jesbam**
**June 23, 2021**
**Page 3**

THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

Signature of Judicial Officer

6/23/2021

Date